# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____ Docket Number: 06-00044

Same Defendant: _____ New Defendant: X

Search Warrant Case Number: _____

R 20/ R 5(c) from: _____

**Defendant Information:**

Juvenile: Yes ___ No X  Matter to be sealed: X Yes ___ No

Defendant Name: HAJI SUBANDI

Allisas Name: _____

Address: _____

**RECEIVED SEP 28 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date: XX/XX/1937  SS#: N/A  Sex: M  Race: A  Nationality: Republic of Indonesia

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No  X Yes  List language and/or dialect: Indonesian

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1  ___ Petty  ___ Misdemeanor  X Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371<br>22 U.S.C. § 2778 | CONSPIRACY TO EXPORT DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 9/28/06  Signature of AUSA: [signature]