**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

**06 - 00044**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ____X____

Search Warrant Case Number _____

R 20/ R 5(c) from _____

**Defendant Information:**

Juvenile: Yes _____ No __X__  Matter to be sealed: __X__ Yes _____ No

Defendant Name ____HELMI SOEDIRDJA____

RECEIVED

SEP 28 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

Allisas Name _____

Address _____

_____

Birth date XX/XX/1973 ____ SS# N/A _____ Sex M ____ Race A ____ Nationality Republic of Indonesia

**U.S. Attorney Information:**

AUSA ___Marivic P. David___

**Interpreter:** ____ No __X__ Yes  List language and/or dialect: ___Indonesian___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____1_____  _____ Petty _____ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371<br>22 U.S.C. § 2778 | CONSPIRACY TO EXPORT<br>DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: _9/28/06_  Signature of AUSA: _____

ORIGINAL