LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for United States of America

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HAJI SUBANDI, REINHARD RUSLI, and HELMI SOEDIRDJA, <br><br> Defendants. | CRIMINAL CASE NO. 06-00044 <br><br> UNITED STATE'S APPLICATION TO UNSEAL COMPLAINT AND AFFIDAVIT, AND WARRANT FOR ARREST |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the Complaint and Affidavit, and Warrant for Arrest, in the above-captioned matter, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 29th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney