LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>HAJI SUBANDI,<br>REINHARD RUSLI, and<br>HELMI SOEDIRDJA,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00044<br><br>**ORDER**<br>Granting United States' Application<br>To Unseal Case |

This matter having come before this Honorable Court based on the United States' Application to Unseal Record in the above-captioned matter; and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the above-captioned case be unsealed.

DATE: September 29, 2006

_____
JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**