# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00044-001            DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 1:19:38 - 1:33:12
CSO: B. Benavente

**APPEARANCES:**
Defendant: Haji Subandi      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Foo Mee Chun Clinard      Language: Indonesian

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant advised of his rights.
- The Court ordered the Marshals Service to take appropriate measures to coordinate prison meals to accommodate defendant's religious belief's as requested by defense counsel.
- Preliminary Examination set for: <u>October 6, 2006 at 2:00 p.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: