
FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>HAJI SUBANDI, et al.,<br><br>　　　　Defendants. | CRIMINAL CASE NO. **06-00044**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **HAJI SUBANDI, SAMUEL S. TEKER** is appointed to represent defendant **REINHARD RUSLI**, and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **HELMI SOEDIRDJA**, in the above-entitled case.

Dated this 29th day of September, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL