AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

UNITED STATES OF AMERICA

v.

HAJI SUBANDI

**WARRANT FOR ARREST**

Case Number: 06-00044

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HAJI SUBANDI _____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him with (brief description of offense)

**Conspiracy to Export Defense Articles in violation of Title 18, U.S.C, § 371 and Title 22, U.S.C. § 2778**

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

September 28, 2006 at Hagatna, Guam
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

MARRIOTT - TUMON GUAM

| DATE RECEIVED 9/28/06 | NAME AND TITLE OF ARRESTING OFFICER Philip Karge S/A | SIGNATURE OF ARRESTING OFFICER Philip J. K |
|---|---|---|
| DATE OF ARREST 9/28/06 | | |

ORIGINAL

Case 1:06-cr-00044  Document 13  Filed 09/29/2006  Page 1 of 2

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____